NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**30175**
**28-OCT-2010**
**11:47 AM**

NO. 30175

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
v.
JACQUELINE DYER, Defendant-Appellant.


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
EWA DIVISION
(CASE NO. 1DTC-09-030900)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order, filed on September 30, 2010, is hereby corrected as follows:

1.  On page 3, in the fifth line, the designation "Plaintiff-Appellant" should be replaced with "Plaintiff-Appellee" so that as corrected, the text reads as follows:  "1. Plaintiff-Appellee State of Hawai'i (State) concedes . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, October 28, 2010.


FOR THE COURT:

*Craig H. Nakamura*
Chief Judge

---

[1] Nakamura, Chief Judge, Foley, and Ginoza, JJ.